# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CAROL L. MCCURDY,

    Petitioner,

v.                                                        Case No. 3:17-cv-562-J-32JBT

VIRGINIA COLLEGE, LLC,

    Respondent.

## **O R D E R**

This case is before the Court on Plaintiff Carol McCurdy's Motion to Vacate Arbitration Award, (Doc. 1), and Defendant Virginia College, LLC's Motion to Confirm Arbitration Award, (Doc. 6). On March 7, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation, (Doc. 21), recommending that the Motion to Vacate, (Doc. 1), be denied, the Motion to Confirm (Doc. 6), be granted, and the May 4, 2017 Award of the Arbitrator in favor of Virginia College, LLC and against Carol McCurdy be confirmed. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a). Upon de novo review of the file and for the reasons stated in the Report and Recommendation, (Doc. 21), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 21) is **ADOPTED** as the opinion of the Court.

2. McCurdy's Motion to Vacate the Arbitration Award, (Doc. 1), is **DENIED**.

3. Virginia College, LLC's Motion to Confirm the Arbitration Award, (Doc. 6), is **GRANTED**.

4. The May 4, 2017 Award of the Arbitrator in favor of Virginia College, LLC and against Carol McCurdy is **CONFIRMED**.

5. The Clerk shall enter judgment in favor of Virginia College, LLC and against Carol McCurdy.

6. After entering judgment, the Clerk shall terminate any pending motions and deadlines, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of April, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record